# EXHIBIT A

# AFFIDAVIT OF IDENTITY AND RECEIPT OF FILING

PLEASE COMPLETE SECTIONS I, II, III AND IV BELOW (Print or Type) – See Reverse Side for Important Notifications

**OFFICE USE ONLY**
- Received by: L. Massengale
- Reviewed by: 
- Jurisdiction/District of Office Sought: Detroit Community School District B
- No. of Petition Sheets or Receipt No: 542177
- Date of Filing: 7 26 16
- CFR I.D. No.: 

## I. CANDIDATE IDENTIFICATION

- Name (Last): BAILER
- (First): Penelope
- (Middle): N.
- Birth date: 11 / 10 / 40

Have you changed your name within the last 10 years for reasons other than marriage? ☐ Yes ☐ No

I WISH TO HAVE MY NAME APPEAR ON THE BALLOT AS PRINTED BELOW:

**Penny Bailer**

- Residence Address: 1324 Joliet Place, Detroit, 48207
- Mailing Address: (Same)
- Phone: (313) 655-1342
- Email: pbailer@mac.com
- Website: 

☒ City ☐ Township of: 
- Precinct # (required): 
- Ward #: 
- County of: Wayne
- Resident of County for: 41 years
- Resident of Michigan for: 41 years

I am a citizen of the United States: ☒ Yes ☐ No
I am registered and qualified to vote at the address listed above: ☒ Yes ☐ No

## II. OFFICE SOUGHT

- Office Title: Detroit Community School District Board Member
- Date of Election: ~~Primary Election~~ / / ; General Election: 11 / 08 / 2016 ☐ Recall
- If a partisan office, list political party: 
- District/Circuit #: 
- Term of Office: ☒ Regular Term ☐ Partial Term → Expiring / /
- Judicial Candidates Only: ☐ Incumbent Position ☐ Non-Incumbent Position ☐ New Judgeship

## III. FILER'S ACKNOWLEDGMENT – This filing contains the following (check all that apply):

- ☐ Nominating or Qualifying Petitions (Estimated number of signatures: _____)
- ☒ Filing Fee of $100.00 (if applicable)
- ☐ Certification of Party Nomination and Certificate of Acceptance (if applicable)
- ☐ Affidavit of Constitutional Qualification (judicial candidates only)
- ☐ Affidavit of Candidacy (incumbent judicial candidates only)

If nominating petitions are filed:
- ☐ Destroy petitions in January
- ☐ Return petitions in January

## IV. CAMPAIGN FINANCE COMPLIANCE STATEMENT AND ATTESTATION

By signing this affidavit, I swear (or affirm) that the facts I have provided are true. I further swear (or affirm) that the facts contained in the statement set forth below are true. (See Section "E" on reverse for further information.)

At this date, all statements, reports, late filing fees, and fines due from me or any Candidate Committee organized to support my election to office under the Michigan Campaign Finance Act, PA 388 of 1976, have been filed or paid.

I acknowledge that making a false statement in this affidavit is perjury – a felony punishable by a fine up to $1,000.00 or imprisonment for up to 5 years, or both. (MCL 168.558, 933 and 936)

SIGNATURE OF CANDIDATE: *Penelope (Penny) Bailer*

Subscribed and sworn to before me on the 26th day of July 2016

Name of Notary: Donzell Russell
Notary Public, State of Michigan, County of: Wayne
My commission expires: 3-16-2017
Acting in the County of: Wayne

DONZELL RUSSELL
Notary Public - Michigan
Wayne County
My Commission Expires Mar 16, 2017
Acting in the County of Wayne

*Not applicable to School Board Candidates

ED-104 (10-2013) — Michigan Department of State — ORIGINAL - FILING OFFICIAL COPY - CANDIDATE

# AFFIDAVIT OF IDENTITY AND RECEIPT OF FILING

PLEASE COMPLETE SECTIONS I, II, III AND IV BELOW (Print or Type) – See Reverse Side for Important Notifications

**OFFICE USE ONLY**
Received by: Henrietta Jenkins
Reviewed by: ___
Jurisdiction/District of Office Sought: Det. Comm. School District
No. of Petition Sheets or Receipt No: 542114
Date of Filing: 7-13-16
CFR I.D. No.: ___

## I. CANDIDATE IDENTIFICATION

Name (Last): Simpson (First): Tawanna (Middle): G
Birth date (Month): 1 (Day): 21 (Year): 68

Have you changed your name within the last 10 years for reasons other than marriage? ☐ Yes ☒ No

If yes, enter full former name here (See "Section A" on reverse): ___

I WISH TO HAVE MY NAME APPEAR ON THE BALLOT AS PRINTED BELOW (Please print upper & lower case - nicknames/titles not permitted. See "Sec. B" on reverse.)

| T | a | w | a | n | n | a |   | S | i | m | p | s | o | n |

Residence Address (Street Address, City, Zip Code):
Street Address: 7803 Poe St
City: Detroit  Zip: 48206

Mailing Address (See "Section C" on reverse): ___

Phone: (313) 288-8847  Email: ___  Website: ___

☒ City ☐ Township of: Detroit
County of: Wayne
Precinct # (required): 163  and Ward # (if any): ___
Resident of County for: 48 years. Resident of Michigan for: 48 years.

I am a citizen of the United States: ☒ Yes ☐ No
I am registered and qualified to vote at the address listed above: ☒ Yes ☐ No

## II. OFFICE SOUGHT

Office Title: Det. Comm. School Dist. Board Election

Date of Election: Primary Election: __/__/__  General Election: 11/8/16  Recall ☐

If a partisan office, list political party: ___ (Note: If filing a Qualifying Petition list "No Party Affiliation")
District/Circuit # (if applicable): ___

Term of Office ☒ Regular Term ☐ Partial Term → Expiring __/__/__

Judicial Candidates Only (See "Section D" on reverse): ☐ Incumbent Position ☐ Non-Incumbent Position ☐ New Judgeship

## III. FILER'S ACKNOWLEDGMENT – This filing contains the following (check all that apply):

☐ Nominating or Qualifying Petitions (Estimated number of signatures: ___)
☒ Filing Fee of $100.00 (if applicable)
☐ Certification of Party Nomination and Certificate of Acceptance (if applicable)*
☐ Affidavit of Constitutional Qualification (judicial candidates only)*
☐ Affidavit of Candidacy (incumbent judicial candidates only)*

If nominating petitions are filed:
☐ Destroy petitions in January
☐ Return petitions in January

## IV. CAMPAIGN FINANCE COMPLIANCE STATEMENT AND ATTESTATION

- By signing this affidavit, I swear (or affirm) that the facts I have provided are true. I further swear (or affirm) that the facts contained in the statement set forth below are true. (See Section "E" on reverse for further information.)

  At this date, all statements, reports, late filing fees, and fines due from me or any Candidate Committee organized to support my election to office under the Michigan Campaign Finance Act, PA 388 of 1976, have been filed or paid.

- I acknowledge that making a false statement in this affidavit is perjury – a felony punishable by a fine up to $1,000.00 or imprisonment for up to 5 years, or both. (MCL 168.558, 933 and 936)

SIGNATURE OF CANDIDATE: Tawanna Simpson
Subscribed and sworn to before me on the 13th (Day) of July (Month) 2016 (Year)

Name of Notary: Carol J. Aldridge
Notary Public, State of Michigan, County of Wayne
My commission expires: 11/24/2021
Acting in the County of: Wayne

Signature of notary public: Carol Aldridge

*Not applicable to School Board Candidates

ED-1D4 (10/2013)  Michigan Department of State  ORIGINAL – FILING OFFICIAL  COPY – CANDIDATE