# EXHIBIT E

Skip to Main Content Logout My Account Search Menu New Case Search Refine Search Back          Location : Non-Criminal Cases   Images   Web Access Instruction Manual

# REGISTER OF ACTIONS
## CASE NO. 16-011797-AW

| Bailer, Penelope N. v Winfrey, Janice, et al. | § § § § § | Case Type: (AW) - Writs<br>Date Filed: 09/14/2016<br>Location: Civil Division |
|---|---|---|

### PARTY INFORMATION

| | | | Lead Attorneys |
|---|---|---|---|
| Defendant | Wayne County Election Commission | | Janet Anderson-Davis<br>*Retained*<br>(313) 224-6684(W) |
| Defendant | Winfrey, Janice | | James D. Noseda<br>*Retained*<br>(313) 237-3057(W) |
| Intervening Party | Davis, Robert | | Pro Se |
| Intervening Party | White, Desmond | | Pro Se |
| Plaintiff | Bailer, Penelope N. | | Andrew Pauwels<br>*Retained*<br>(313) 465-7290(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/14/2016 | **Appeal Actions from Lower/Other Courts/Agency**<br>*(Clerk: Tyler,F)* |
| 09/14/2016 | **Writ, Filed**<br>*(Clerk: Tyler,F)* |
| 09/14/2016 | **Case Filing Fee - Paid (Electronic Filing Fee Exempt)**<br>*$150.00 Fee Paid (Clerk: Tyler,F)* |
| 09/15/2016 | **Appearance of Attorney, Filed**<br>*(Clerk: Tyler,F)* |
| 09/16/2016 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Colombo, Robert J., Jr.)<br>*pl mo order to show cause s/f (Clerk: Johnson,M)* |
| 09/16/2016 | **Answer to Motion, Filed**<br>*(Clerk: Tyler,F)* |
| 09/16/2016 | **Motion to Intervene, Filed**<br>*Fee: $20.00 Paid; Brief, Filed; Proof of Service, Filed; Notice of Hearing, Filed (Clerk: Tyler,F)* |
| 09/16/2016 | **Brief in Opposition to Motion, Filed**<br>*(Clerk: Tyler,F)* |
| 09/16/2016 | **Closed/Final - Order of Dismissal, Signed and Filed** (Judicial Officer: Colombo, Robert J., Jr.)<br>*order granting mo for writ of mandamus (Clerk: Tyler,F)* |
| 09/19/2016 | **Higher Court Order/Decision Received by Circuit Court**<br>*Motions for immediate consideration, motion to waive fees, motion to expedite, and motion to waive requirements are granted. Motion for stay is denied. COA # 334823. (Clerk: Heimiller,K)* |
| 09/21/2016 | **Higher Court Order/Decision Received by Circuit Court**<br>*Appeal is dismissed. COA # 334823. (Clerk: Heimiller,K)* |
| 09/21/2016 | **Higher Court Order/Decision Received by Circuit Court**<br>*Motions for immediate consideration is granted. In light of Court's opinion issued September 21, 2016, motions to dismiss and for peremptory reversal are denied as moot. COA # 334823. (Clerk: Heimiller,K)* |
| 09/21/2016 | **Higher Court Order/Decision Received by Circuit Court**<br>*Motion for immediate consideration is granted. Complaint for superintending control is denied. Motion to waive fees is granted and fees are waived for this case only. COA # 334869. (Clerk: Heimiller,K)* |
| 09/22/2016 | **Higher Court Order/Decision Received by Circuit Court**<br>*Motion for immediate consideration is granted. Application for leave to appeal September 21, 2016 judgment of Court of Appeals is denied. SC # 154459, COA # 334823. (Clerk: Heimiller,K)* |
| 09/26/2016 | **Motion for Order to Show Cause**<br>*Fee: $20.00 Paid; Brief, Filed; Proof of Service, Filed; Notice of Hearing, Filed (Clerk: Tyler,F)* |
| 09/26/2016 | **Praecipe, Filed** (Judicial Officer: Colombo, Robert J., Jr.) |
| 09/29/2016 | **Reply to Brief, Filed**<br>*(Clerk: Tyler,F)* |
| 09/29/2016 | **Answer to Motion, Filed**<br>*(Clerk: Tyler,F)* |
| 09/29/2016 | **Brief in Support of Motion, Filed**<br>*(Clerk: Tyler,F)* |

| Date | Event | | |
|---|---|---|---|
| 09/29/2016 | **Brief in Opposition to Motion, Filed** | | |
| | *(Clerk: Tyler,F)* | | |
| 09/30/2016 | **Motion Hearing** (9:00 AM) (Judicial Officer Colombo, Robert J., Jr.) | | |
| | *Proposed Intervening Defendants - Proposed Intervening Defendants' Motion to Intervene* | | |
| | Result: Held | | |
| 09/30/2016 | **Motion Denied, Order to Follow** (Judicial Officer: Colombo, Robert J., Jr. ) | | |
| | *proposed intervening df's mo to intervene (Clerk: Johnson,M)* | | |
| 10/03/2016 | **Order Denying Motion, Signed and Filed** | | |
| | *(Clerk: Tyler,F)* | | |

---

## FINANCIAL INFORMATION

| | **Intervening Party** White, Desmond | | |
|---|---|---|---|
| | Total Financial Assessment | | 40.00 |
| | Total Payments and Credits | | 40.00 |
| | **Balance Due as of 11/01/2016** | | **0.00** |
| 09/16/2016 | Transaction Assessment | | 20.00 |
| 09/16/2016 | Civil File & Serve Payment   Receipt # 2016-77667 | White, Desmond | (20.00) |
| 09/26/2016 | Transaction Assessment | | 20.00 |
| 09/26/2016 | Civil File & Serve Payment   Receipt # 2016-80467 | White, Desmond | (20.00) |

| | **Plaintiff** Bailer, Penelope N. | | |
|---|---|---|---|
| | Total Financial Assessment | | 150.00 |
| | Total Payments and Credits | | 150.00 |
| | **Balance Due as of 11/01/2016** | | **0.00** |
| 09/14/2016 | Transaction Assessment | | 150.00 |
| 09/14/2016 | Civil File & Serve Payment   Receipt # 2016-77231 | Bailer, Penelope N. | (150.00) |