# EXHIBIT F

**STATE OF MICHIGAN**
**CIRCUIT COURT FOR THE COUNTY OF WAYNE**

PENELOPE N. BAILER, an individual,

        Plaintiff,

vs.

JANICE WINFREY, in her official capacity as
Clerk for the City of Detroit, and the
WAYNE COUNTY ELECTION COMMISSION,

        Defendants.

Case No. 16-011797-AW
Honorable Robert J. Colombo, Jr.

16-011797-AW
FILED IN MY OFFICE
WAYNE COUNTY CLERK
9/16/2016 1:55:23 PM
CATHY M. GARRETT

Matthew Johnson

John D. Pirich (P23204)
Kevin M. Blair (P76927)
Andrew M. Pauwels (P79167)
Honigman Miller Schwartz and Cohn
222 N. Washington Square, Suite 4004
Lansing, MI 48933
(517)377-0712
Attorneys for Plaintiff

Zenna Elhasan (P67961)
Corporation Counsel
Janet Anderson-Davis (P29499)
Assistant Corporation Counsel
Attorneys for Election Commission
500 Griswold, 29th Floor South
Detroit, Michigan 48226
(313) 224-6684
jandersn@waynecounty.com

/

## ORDER GRANTING MOTION FOR WRIT OF MANDAMUS

At a session of said Court held in the City of Detroit,
County of Wayne, State of Michigan, on

**9/16/2016**

Present:    Hon. Robert J. Colombo, Jr.
                  Judge of the Wayne County Circuit Court

This matter having come before the Court on a Motion For Order To Show Cause Why A Writ Of Mandamus Should Not Issue pursuant To MCR 3.305 (C); the Defendant having submitted a response; and the Court having heard argument and being fully advised,

1

IT IS HEREBY ORDERED that for the reasons stated on the record, the Defendant Wayne County Election Commission shall take necessary steps to place the name of Penelope N. Bailer on the November 8, 2016 General Election ballot as a candidate for Detroit Community School District. The Complaint is dismissed with prejudice. The Court assesses no costs to either party.

This is a final order and closes the case.

/s/ Robert J. Colombo, Jr.
HONORABLE ROBERT J. COLOMBO, JR.
16-011797-AW

2