# EXHIBIT H

# Order

**Michigan Supreme Court**
Lansing, Michigan

September 22, 2016

Robert P. Young, Jr.,
Chief Justice

154459 & (36)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PENELOPE N. BAILER,
    Plaintiff-Appellee,

v

SC: 154459
COA: 334823
Wayne CC: 16-011797-AW

DETROIT CITY CLERK and
WAYNE COUNTY ELECTION COMMISSION,
    Defendants-Appellees,

and

ROBERT DAVIS and DESMOND M. WHITE,
    Appellants.

_____/

    On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 21, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2016



p0922

Clerk