# EXHIBIT I

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

PENELOPE N. BAILER,

    Plaintiff,

vs.

WAYNE COUNTY ELECTION COMMISSION, and
JANICE WINFREY, in her official capacity as the
Elected City Clerk for the City of Detroit,

    Defendants,

ROBERT DAVIS and DESMOND M. WHITE,

    Proposed Intervening Defendants.
_____/

Civil Action No. 16-011797-AW
Hon. Robert J. Colombo, Jr.

16-011797-AW
FILED IN MY OFFICE
WAYNE COUNTY CLERK
10/3/2016 8:35:19 AM
CATHY M. GARRETT

Matthew Johnson

John D. Pirich (P23204)
Kevin M. Blair (P76927)
Andrew M. Pauwels (P79167)
Honigman Miller Schwartz and Cohn LLP
222 North Washington Square Suite 400
Lansing, MI 48933-1800
(517) 377-0712
jpirich@honigman.com
kblair@honigman.com
apauwels@honigman.com
Attorneys for Defendant Penelope Bailer

Andrew A. Paterson (P18690)
46350 Grand River, Suite C
Novi, MI 48374
(248) 568-9712
aap43@outlook.com
Attorney for Robert Davis and Desmond White

James D. Noseda (P52563)
City of Detroit Law Department
Two Woodward, 5th Floor
Coleman A. Young Municipal Center
Detroit, MI 48226
(313) 237-3057
nosej@detroitmi.gov
Attorney for Janice Winfrey

Janet Anderson-Davis (P29499)
Assistant Corporation Counsel
500 Griswold, 29th Floor South
Detroit, MI 48226
(313) 224-6684
jandersn@waynecounty.com
Attorney for Election Commission

_____/

**ORDER DENYING PLAINTIFFS' MOTION TO INTERVENE**

At a session of said Court, held in the City County
Building, City of Detroit, County of Wayne, State of
Michigan on:
9/30/2016

PRESENT: HON. ROBERT J. COLOMBO, JR.

Proposed Intervening-Defendants Robert Davis and Desmond White filed a Motion to Intervene in the instant matter. The Court reviewed the written submissions of the attorneys and, having declined to hear oral argument on the Motion, finds as follows:

WHEREFORE, the Court issued an Order on September 16, 2016, granting Penelope N. Bailer's motion for a writ of mandamus and ordering Defendant Wayne County Election Commission to take the necessary steps to place Ms. Bailer on the November 8, 2016 General Election Ballot as a candidate for Detroit Community School District. The order was final and closed the case.

WHEREFORE, Proposed Intervening-Defendants' Motion to Intervene is moot and there is no issue before the Court to decide.

WHEREFORE, Robert Davis lacks standing to intervene in this matter.

For these reasons and for the reasons stated on the record on September 30, 2016, **IT IS ORDERED THAT:**

1. Proposed Intervening-Defendants' Motion to Intervene is denied with prejudice.
2. This is a final order and closes this case.

/s/ Robert J. Colombo, Jr.

HON. ROBERT J. COLOMBO, JR.
Chief Judge, Wayne County Circuit Court
16-011797-AW