# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**TAWANNA SIMPSON,**     Case No. 16-cv-13784

    Plaintiff,     **HON. ARTHUR J. TARNOW**

v

**CATHY M. GARRETT,** in her official capacity as the duly elected Wayne County Clerk**, WAYNE COUNTY ELECTION COMMISSION, WAYNE COUNTY BOARD OF CANVASSERS, JANICE WINFREY**, in her official capacity as the duly elected Detroit City Clerk, and **UNNAMED/UNKNOWN ELECTION INSPECTORS**, in their official capacities,

    Defendants.

_____/

ANDREW A. PATERSON (P18690)  
*Attorney for Plaintiff*  
46350 Grand River, Suite C  
Novi, MI 48374  
(248) 568-9712  
aap43@outlook.com  

JAMES D. NOSEDA (P52563)  
City of Detroit Law Department  
Attorneys for Defendants Janice Winfrey  
And Unnamed Election Inspectors  
Coleman A. Young Municipal Center  
2 Woodward Ave., Ste. 500  
Detroit, MI 48226  
(313) 224-5505  
nosej@detroitmi.gov  

ZENNA ELHASAN (P67691)  
Wayne County Corporation Counsel  
JANET ANDERSON-DAVIS (P29499)  
Asst. Corporation Counsel  
*Attorneys for Defendant Wayne Co*.  
*Election Commission and Wayne Co Clerk*  
500 Griswold, Rm. 1267  
Detroit, MI 48226  
(313) 224-6684  
Jandern@co.wayne.mi.us  

_____/

## PLAINTIFF TAWANNA SIMPSON'S EMERGENCY MOTION FOR EXPEDITED DECISION/HEARING ON MOTION FOR TRO, OR IN THE ALTERNATIVE, MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT WAYNE COUNTY BOARD OF CANVASSERS

NOW COMES PLAINTIFF, TAWANNA SIMPSON (**"Plaintiff" or "Plaintiff Simpson"**), by and through her attorney, ANDREW A. PATERSON, and for her Emergency Motion for Expedited Decision/Hearing On Plaintiff's Motion for TRO, Or in the Alternative, Motion for Preliminary Injunction Against Defendant Wayne County Board of Canvassers, states the following:

On Tuesday, November 8, 2016, the citizens of the State of Michigan and the City of Detroit exercised their fundamental constitutional right to vote and elected a new President of the United States and 7 new members of the new Detroit Community School District Board of Education.

In accordance with Mich. Comp. Laws § 168.821 of Michigan Election Law, Defendant Wayne County Board of Canvassers convened as a public body on Wednesday, November 9, 2016 to commence canvassing the votes cast for candidates for the new Detroit Community School District Board of Education. Pursuant to Mich. Comp. Laws § 168.822 of Michigan Election Law, the Defendant Wayne County Board of Canvassers has 14 days from November 9, 2016 to certify the election results.

Accordingly, Plaintiff Simpson, who received an impressive 26,875 votes and finished in a close 8th place, seeks the entry of an order enjoining the Defendant Wayne County Board of Canvassers from certifying any and all votes cast for Penelope Bailer who received, according to unofficial totals, 19,479 votes.

Now that the election is over and the results have been examined, Plaintiff Simpson will be amending her complaint to add a state-law *quo warranto* claim pursuant to Mich. Comp. Laws § 600.4545.  Plaintiff Simpson's state-law *quo warranto* claim will allege that the apparent error of permitting an otherwise ineligible candidate's name to be printed on the ballot affected the outcome of the election.

Consequently, it is imperative that this Honorable Court issues its ruling within the next **13 days** *before* the Defendant Wayne County Board of Canvassers certifies the election results.

## **CONCLUSION**

**WHEREFORE**, for the foregoing reasons, Plaintiff Simpson prays that this Honorable Court GRANT her Emergency Motion for Expedited Decision/Hearing.

Dated: November 10, 2016	Respectfully submitted,

/S/ ANDREW A. PATERSON
ANDREW A. PATERSON (P18690)
Attorney for Plaintiff  Simpson
46350 Grand River, Suite C
Novi, MI 48374
(248) 568-9712

## CERTIFICATE OF SERVICE

    I, ANDREW A. PATERSON, certify that the foregoing document(s) was filed and served via the Court's electronic case filing and noticing system (ECF) this 10th day of November, 2016, which will automatically send notification of such filing to all attorneys and parties of record registered electronically.

                                      Respectfully submitted,

                                      /s/ *ANDREW A. PATERSON*
                                      ANDREW A. PATERSON (P18690)
                                      Attorney for Plaintiff Simpson