UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T<small>AWANNA</small> S<small>IMPSON</small>,

        Plaintiff,

v.

C<small>ATHY</small> M. G<small>ARRETT</small>, <small>ET AL</small>.,

        Defendants.

                                /

Case No. 16-13784

S<small>ENIOR</small> U.S. D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

U.S. M<small>AGISTRATE</small> J<small>UDGE</small>
E<small>LIZABETH</small> A. S<small>TAFFORD</small>

## JUDGMENT

All issues having been resolved by the Court's Order [12] of December 28, 2016, **THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 28th day of December 2016.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      BY: <u>s/Michael E. Lang</u>
                                      Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

1